IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

STEVEN LAMOUNT CROSBY                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 3:06cv216HTW-JCS

LAWRENCE KELLY                                                     RESPONDENT

**FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed since the petitioner has failed to receive authorization from the United States Court of Appeals for the Fifth Circuit to file this successive petition for habeas relief.

So ordered, this the 27th day of July, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE